STATE OF NEW JERSEY IN THE INTEREST OF R.D.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW EUGENE WILLIAMS.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH R. HADDIX.

September 28, 1982.

Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF A CHILD BY G.I.
AND J.I.

September 28, 1982.

Petition for certification denied.